| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>United States Attorney |
| 2 | |
| 3 | ADAIR F. BOROUGHS<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice |
| 4 | P.O. Box 683, Ben Franklin Station<br>Washington, D.C. 20044-0683 |
| 5 | Telephone: (202)305-7546<br>E-mail: adair.f.boroughs@usdoj.gov |
| 6 | |
| 7 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOWELL D. WELDON, BESSIE L. WELDON, MIDLAND MORTGAGE COMPANY aka MIDFIRST BANK, STATE OF CALIFORNIA FRANCHISE TAX BOARD, COUNTY OF FRESNO,<br><br>　　　　　　Defendants. | Civil No. 1:08-cv-01643-LJO-SMS<br><br>**STIPULATION AND PROPOSED ORDER REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES, THE STATE OF CALIFORNIA FRANCHISE TAX BOARD AND THE COUNTY OF FRESNO** |

　　　　The United States of America, the California Franchise Tax Board ("FTB"), and County of Fresno, through their respective attorneys, hereby stipulate and agree as follows:

　　　　1.　　The parcel of real property located at located at 5915 West Clinton Avenue, Fresno, California 93722 (referred to in the Complaint and herein as the "Clinton Property"), is situated in the County of Fresno, State of California, and is more particularly described as follows:

> The east half of the north half of the west 303.50 feet of Lot 4, Vista Bonita Tract, according to the map thereof, recorded November 17, 1914, in Book 7, Page 52 of Plats, in the Office of the County Recorder of Fresno County.

　　　　2.　　The parcel of real property located at 210 Oxford Avenue, Clovis, California 93612 (referred to in the Complaint and herein as the "Oxford Property"), is situated in the County of Fresno, State of California, and is more particularly described as follows:

> Lot 1 of Forest Park, in the City of Clovis, County of Fresno, State of California,

    according to the map thereof recorded in Book 13, page 61 of Plats, in the office
of the County Recorder of said County.

3. The parcel of real property located at 2490 South Holloway Avenue, Fresno, California 93725 (referred to in the Complaint and herein as the "Holloway Property"), is situated in the County of Fresno, State of California, and is more particularly described as follows:

    Lot 83 of Sequoia Village, Tract #1133, recorded in Plat book 14 page 91.

4. The County of Fresno has real property tax liens on the Clinton Property, Oxford Property, and Holloway Property.

5. The County of Fresno also filed a lien against Bessie Weldon on September 22, 2005, for delinquent personal property taxes.

6. On the following dates, the FTB made tax assessments against Lowell Weldon, for the tax years listed below, creating state tax liens:

| Tax Year | Assessment Date |
| --- | --- |
| 2000 | November 19, 2002 |
| 2001 | June 23, 2003 |
| 2002 | July 12, 2004 |
| 2003 | July 11, 2005 |

7. On the following dates, the FTB made tax assessments against Bessie Weldon, for the tax years listed below, creating state tax liens:

| Tax Year | Assessment Date |
| --- | --- |
| 2004 | July 29, 2006 |
| 2005 | June 16, 2007 |
| 2006 | May 31, 2008 |

8. On the following dates, a duly authorized delegate of the Secretary of the Treasury made assessments against Lowell D. Weldon for federal income taxes, penalties, interest, and other statutory additions for the tax years listed below, creating federal tax liens:

| Tax Year | Assessment Date |
|---|---|
| 1997 | March 22, 2004 |
| 1998 | March 22, 2004 |
| 1999 | March 22, 2004 |
| 2000 | March 22, 2004 |
| 2001 | March 22, 2004 |
| 2002 | December 20, 2004 |
| 2003 | January 9, 2006 |

9. On January 31, 2007, and again on March 7, 2007, the Internal Revenue Service ("IRS") recorded Notices of Federal Tax Lien against Lowell D. Weldon with respect to his unpaid tax liabilities for tax years 1997 through 2002 with the County Recorder, Fresno County.

10. On July 23, 2007, the IRS recorded a Notice of Federal Tax Lien against Lowell D. Weldon with respect to his unpaid federal tax liabilities for tax year 2003 with the County Recorder, Fresno County.

11. On April 19, 2005, the FTB recorded Notices of State Tax Lien against Lowell D. Weldon with respect to his unpaid state tax liabilities for tax years 2001 and 2002 with the County Recorder, Fresno County.

12. On May 23, 2006, the FTB recorded Notices of State Tax Lien against Lowell D. Weldon with respect to his unpaid state tax liabilities for tax years 2000 and 2003 with the County Recorder, Fresno County.

13. On November 28, 2006, the FTB recorded a Notice of State Tax Lien against Bessie L. Weldon with respect to her unpaid state tax liabilities for tax year 2004 with the County Recorder, Fresno County.

14. The United States, the FTB and Fresno County agree as follows:

a. Fresno County's real property tax liens are senior to and have priority over the United States' federal tax liens, the FTB's state tax liens, and Fresno County's personal property tax lien;

b. The FTB's state tax liens against Lowell Weldon for tax years 2000 and 2001 are senior to and have priority over the United States' federal tax liens, Fresno County's personal property tax lien, and the remainder of the FTB's state tax liens;

c. Fresno County's personal property tax lien is senior to and has priority over the United States' federal tax liens and the remainder of the FTB's state tax liens;

d. The United States federal tax liens against Lowell Weldon for tax years 1997-2001 are senior to and have priority over the FTB's remaining state tax liens and the United States' remaining federal tax liens;

e. The FTB's state tax lien against Lowell Weldon for tax year 2002 is senior to and has priority over the FTB's remaining state tax liens and the United States' remaining federal tax liens;

f. The United States federal tax lien against Lowell Weldon for tax year 2002 is senior to and has priority over the FTB's remaining state tax liens and the United States' remaining federal tax liens;

g. The FTB's state tax lien against Lowell Weldon for tax year 2003 is senior to and has priority over the FTB's remaining state tax liens and the United States' remaining federal tax liens;

h. The United States federal tax lien against Lowell Weldon for tax year 2003 is senior to and has priority over the FTB's remaining state tax liens.

15. In the event that the Court permits the sale of Clinton Property, the property will be sold free and clear of all liens of record, with the liens to follow the proceeds of the sale in the same amount and with the same priority that they had against the Clinton Property. The Order of Judicial Sale shall provide that the sale proceeds shall be distributed first to the United States to the extent of its costs and expenses of the sale and then following the priority interests of the United States, the FTB and Fresno County established in the preceding paragraph (including principal and interest to the date of distribution, in an amount according to proof at that time). If the affected parties cannot stipulate to the amounts of lien, the Court may hold an evidentiary hearing to determine the amounts.

16. In the event that the Court permits the sale of Oxford Property, the property will be sold

free and clear of all liens of record, with the liens to follow the proceeds of the sale in the same amount and with the same priority that they had against the Oxford Property. The Order of Judicial Sale shall provide that the sale proceeds shall be distributed first to the United States to the extent of its costs and expenses of the sale and then following the priority interests of the United States, the FTB and Fresno County established in Paragraph 14 (including principal and interest to the date of distribution, in an amount according to proof at that time). If the affected parties cannot stipulate to the amounts of lien, the Court may hold an evidentiary hearing to determine the amounts.

17. In the event that the Court permits the sale of Holloway Property, the property will be sold free and clear of all liens of record, with the liens to follow the proceeds of the sale in the same amount and with the same priority that they had against the Holloway Property. The Order of Judicial Sale shall provide that the sale proceeds shall be distributed first to the United States to the extent of its costs and expenses of the sale and then following the priority interests of the United States, the FTB and Fresno County established in Paragraph 14 (including principal and interest to the date of distribution, in an amount according to proof at that time). If the affected parties cannot stipulate to the amounts of lien, the Court may hold an evidentiary hearing to determine the amounts.

18. The United States, the FTB and Fresno County agree to bear their respective costs related to this litigation, including any possible attorney's fees.

19. The FTB and Fresno County have been named as defendants under 26 U.S.C. § 7403(b). The United States claims no monetary relief against the FTB or Fresno County in this action. Unless otherwise ordered by the Court, the FTB and Fresno County are excused from further participation in this action, appearing in Court, or otherwise asserting its claim in this case. The FTB and Fresno County agree to be bound by the judgment in this case, which shall incorporate the terms of this stipulation and order.

//
//
//

The parties so agree and request an order confirming the foregoing.


Dated: April 10, 2009                By:    /s/ Adair Boroughs
                                            ADAIR BOROUGHS
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice

                                            Attorney for the United States


Dated: April 3, 2009                 By:    /s/ William F. Mar, Jr. (as authorized on 4/3/09)
                                            WILLIAM F. MAR, JR.
                                            Senior Deputy County Counsel
                                            County of Fresno

                                            Attorney for Fresno County


Dated: April 7, 2009                 By:    /s/ Jeffrey A. Rich (as authorized on 4/7/09)
                                            JEFFREY A. RICH
                                            Deputy Attorney General
                                            California Department of Justice

                                            Attorney for the California Franchise Tax Board

IT IS SO ORDERED.

**Dated:   April 10, 2009**                 /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE