# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-cv-01643-LJO-SMS |
| Plaintiff, | **ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF THE GOVERNMENT'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| LOWELL D. WELDON, et al., | |
| Defendants.<br>_____/ | (Doc. 38) |

The United States' withdrawal of its Motion for Entry of Default Judgment against defendants Lowell D. Weldon, Bessie L. Weldon and Midland Mortgage Company ("Midland") on January 5, 2010 (doc. 38), rendered moot this court's Findings and Recommendations Recommending Denial of the Government's Motion for Default Judgment, entered December 15, 2009 (doc. 34). Accordingly, this court **WITHDRAWS** the Findings and Recommendations Recommending Denial of the Government's Motion for Default Judgment, entered December 15, 2009.

IT IS SO ORDERED.

**Dated:    January 7, 2010**              _____/s/ Sandra M. Snyder_____
                                          UNITED STATES MAGISTRATE JUDGE