IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 08-1643 LJO SMS |
| Plaintiff, | **ORDER TO CONTINUE PRE-TRIAL AND TRIAL DATES** (Doc. 49) |
| vs. | |
| LOWELL D. WELDON, BESSIE L. WELDON, MIDLAND MORTGAGE CO., a.k.a., MIDFIRST BANK, STATE OF CALIFORNIA FRANCHISE TAX BOARD, and COUNTY OF FRESNO, | |
| Defendants. / | |

Pursuant to a February 6, 2009 scheduling order, this matter is set for a March 15, 2010 pre-trial conference and an April 12, 2010 court trial. On March 5, 2010, plaintiff United States of America ("Plaintiff") requested to continue the pre-trial and trial dates. Plaintiff based on the request on the following facts: (1) No defendants other than the California Franchise Tax Board ("State") and the County of Fresno ("County") have appeared in this action; (2) on April 10, 2009, Plaintiff, State and County entered into a stipulation regarding lien priority; (3) State and County are dismissed from this action; (4) On February 24, 2010, United States Magistrate Judge Sandra M. Snyder referred her findings and recommendations that Plaintiff's motion for entry of default judgment against the remaining defendants be granted; (5) objections to the findings and recommendations are not due until March 29, 2010; (6) if granted, the findings and recommendations will be dispositive, rendering moot the pre-trial

conference and trial.

  Having considered Plaintiff's request, this Court:

  1. GRANTS Plaintiff's request for a continuance of the pre-trial and trial dates;

  2. CONTINUES the March 15, 2010 pre-trial conference to May 17, 2010 at 8:30 a.m. in Courtroom 4 (LJO); and

  3. CONTINUES the April 12, 2010 court trial to June 21, 2010.

        IT IS SO ORDERED.

**Dated: March 5, 2010**        /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE