# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-cv-01643-LJO-SMS |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING GRANTING OF THE GOVERNMENT'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| LOWELL D. WELDON, et al., | |
| Defendants. | (Docs. 39, 48) |

Plaintiff United States of America (the "Government") has moved for a default judgment against Defendants Lowell D. Weldon, Bessie L. Weldon, and Midland Mortgage Company (the "Defendants") (Doc. 39).  The Government seeks to reduce to judgment federal tax assessments against Lowell D. Weldon and to foreclose tax liens on three parcels of land owned by Lowell D. Weldon.  On February 24, 2010, the Magistrate Judge filed Findings and Recommendations recommending that the Government's Motion for Default Judgment Be Granted (Doc. 48).  The Findings and Recommendations were served on the Defendants and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days.  No party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has reviewed this case *de novo*.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper legal analysis.

///

///

1    Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed
2  February 24, 2010, are adopted in full, and the Government's motion for default judgment shall
3  be granted in accordance with the provisions set forth in the Findings and Recommendations

5  IT IS SO ORDERED.

6  **Dated:   March 29, 2010**              /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE