## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 08-1643 LJO SMS |
| Plaintiff, | **ORDER VACATING TRIAL DATE AND PRETRIAL CONFERENCE** |
| vs. | |
| LOWELL D. WELDON, BESSIE L. WELDON, MIDLAND MORTGAGE COMPANY, STATE OF CALIFORNIA FRANCHISE TAX BOARD, COUNTY OF FRESNO, | |
| Defendants. / | |

The Court has received and reviewed plaintiff's request to vacate the June 21, 2010 trial date and the May 10, 2010 pretrial conference.

The procedural posture of this case warrants vacating these dates. All parties have either defaulted or stipulated to the requested relief. On March 30, 2010, the Court ordered that Default Judgment be entered against Defendants Lowell Weldon, Bessie Weldon, and Midland Mortgage Company. On April 10, 2009, the United States, defendant State of California Franchise Tax Board and defendant County of Fresno entered into a Stipulation Regarding Lien Priority, determining their relative lien priority on the Property which is the subject of this litigation. Accordingly, all issues to be tried have been resolved either through default judgment or stipulation. Therefore, the June 21, 2010 trial date and the May 10, 2010 pretrial conference are VACATED.

The Weldons have filed two motions to set aside the default judgment. The Court will consider the motions to set aside the judgment in due course.

IT IS SO ORDERED.

**Dated:   April 21, 2010**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE