IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 08-1643 LJO SMS |
| Plaintiff, | **ORDER REGARDING FEES FOR APPEAL** |
| vs. | |
| LOWELL D. WELDON, BESSIE L. WELDON, MIDLAND MORTGAGE COMPANY, STATE OF CALIFORNIA FRANCHISE TAX BOARD, COUNTY OF FRESNO, | |
| Defendants. / | |

This Court granted default judgment in favor of the United States of America and against defendant Lowell D. Weldon ("Mr. Weldon"). Mr. Weldon filed his notice to appeal the default judgment and made arrangements to pay the appeal fees. Mr. Weldon has submitted papers which this Court construes as Mr. Weldon's disagreement to pay appeal fees although Mr. Weldon filed no papers to seek relief to proceed without payment of appeal fees. This Court lacks jurisdiction to further act on this matter with Mr. Weldon's appeal to the Ninth Circuit Court of Appeals, which has jurisdiction over this matter. As such, this Court directs the clerk to return Mr. Weldon's papers to him.

IT IS SO ORDERED.

**Dated:   June 4, 2010**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE