# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LOWELL D. WELDON, BESSIE L. WELDON, MIDLAND MORTGAGE COMPANY, STATE OF CALIFORNIA FRANCHISE TAX BOARD, COUNTY OF FRESNO,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 08-1643 LJO SMS<br><br>**ORDER TO CEASE THE FILING AND DELIVERING OF IMPROPER DOCUMENTS TO THE COURT** |

Defendant Lowell D. Weldon ("Mr. Weldon") has attempted to, or caused attempts to deliver to or file with this Court improper or legally incognizable documents which are not legitimately related to the above-captioned action. Such attempts are an abuse of public filings with this Court, and obstructs the function of the Court.

Mr. Weldon has further attempted, or caused attempts, to file in a public record documents which this Court construes as a false lien or encumbrance against the real or personal property of personnel of this Court. Federal law prohibits the filing, attempt to file or conspiracy to file in a public record a false lien or encumbrance against the real or personal property of Court personnel. *See* 18 U.S.C. § 1521.[1]

---

[1] 18 U.S.C. § 1521 states:

Whoever files, attempts to file, or conspires to file, in any public record or in any private record which is generally available to the public, any false lien or encumbrance against the real or personal property of an individual described in section 1114, on account of the performance of official duties by that individual, knowing or having reason to know that such lien or encumbrance is false or contains any

1

1  On the basis of good cause, this Court ORDERS Mr. Weldon to CEASE to deliver or file, or
2 attempt to deliver or file, any documents or things which are not legitimately related to the above-
3 captioned action or which create or attempt to create a false lien or encumbrance against real or personal
4 property of Court personnel. This Court DIRECTS the clerk to return Mr. Weldon's original documents
5 to him and to attach to this order a copy of the documents.
6  IT IS SO ORDERED.
7 **Dated:    June 24, 2010**                   /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

---

materially false, fictitious, or fraudulent statement or representation, shall be fined under this title or imprisoned for not more than 10 years, or both.