**FILED**

JUL 22 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 08-1643 LJO SMS |
| Plaintiff, | **ORDER TO RETURN DOCUMENTS** |
| vs. | |
| LOWELL D. WELDON, BESSIE L. WELDON, MIDLAND MORTGAGE COMPANY, STATE OF CALIFORNIA FRANCHISE TAX BOARD, COUNTY OF FRESNO, | |
| Defendants. / | |

Despite this Court's June 24, 2010 order, defendant Lowell D. Weldon ("Mr. Weldon") continues to attempt to deliver to or file with this Court improper or legally incognizable documents which are not legitimately related to the above-captioned action. Such attempts are an abuse of public filings with this Court and obstruct this Court's function. Moreover, given Mr. Weldon's appeal to the Ninth Circuit Court of Appeals, this Court lacks jurisdiction to act on the documents. As such, this Court DIRECTS the clerk to return to Mr. Weldon documents received on July 22, 2010 and not to file them and to attach to this order a copy of the documents.

IT IS SO ORDERED.

Dated: __July 22, 2010__        /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE