**FILED**

MAR 2 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

1    IN THE UNITED STATES DISTRICT COURT FOR THE

2    EASTERN DISTRICT OF CALIFORNIA

3    UNITED STATES OF AMERICA,                    Civil No. 1:08-cv-01643-LJO-SMS

4        Plaintiff,

5    v.                                           [PROPOSED] ORDER GRANTING THE
                                                  UNITED STATES' MOTION FOR
6    LOWELL D. WELDON, BESSIE L. WELDON,          CONFIRMATION OF SALE AND
     MIDLAND MORTGAGE COMPANY aka MIDFIRST        DISTRIBUTION OF PROCEEDS
7    BANK, STATE OF CALIFORNIA FRANCHISE TAX
     BOARD, COUNTY OF FRESNO,

8
         Defendants.
9

10
         Upon consideration of the United States' Motion for Confirmation of Sale and Distribution of
11
     Proceeds, and any opposition thereto:
12
         The Court finds that the sale of the subject real properties located at 5915 West Clinton Avenue,
13
     Fresno, California 93722 ("Clinton Property"); 2490 South Holloway Avenue, Fresno, California 93725
14
     ("Holloway Property"); and 210 Oxford Avenue, Clovis, California 93612 ("Oxford Property"),
15
     collectively referred to as "the Properties," was conducted by the United States in compliance with 28
16
     U.S.C. §§ 2001-2002, and that payment was made and accepted in compliance with the terms of the
17
     Court's Order for Default Judgment, Foreclosure, and Judicial Sale dated March 30, 2010. Accordingly,
18
     the motion is **GRANTED**, and it is hereby,
19
         **ORDERED**, that the sale of the Properties is confirmed, and the Internal Revenue Service
20
     Property Acquisition and Liquidation Specialist shall promptly deliver the appropriate deeds thereto to
21
     the purchasers of such properties. It is further,
22
         **ORDERED**, that on delivery of the deeds to the purchasers, all interests in, liens against, or
23
     claims to the Property that are held or asserted by the plaintiff or any of the defendants in this action are
24
     discharged. On delivery of the deeds to the purchasers, the Properties shall be free and clear of the
25
     interests of the United States (or the Internal Revenue Service), Lowell Weldon, Bessie Weldon, Midland
26
     Mortgage Company (aka Midfirst Bank), the State of California Franchise Tax Board, and the County of
27
     Fresno. It is further,
28

1      **ORDERED**, that the Clerk shall disburse the proceeds of the sale from the Court's registry in the

2   following manner:

3      First, to the United States (payable to the Internal Revenue Service, and sent to Internal Revenue

4   Service, Attn: Douglas McDonald, PALS, 751 Daily Drive, Suite 100, Camarillo, CA 93010) for

5   advertising and locksmith expenses in the amount of $2,090.57.

6      Second, to Fresno County (payable to Fresno County Tax Collector, and sent to Juan P.

7   Rodrigues, Deputy County Counsel, Office of Fresno County Counsel, 2220 Tulare Street, Suite 500,

8   Fresno CA 93721) for unpaid property taxes on the subject properties in the amount of $7,243.31.

9      Third, to the United States (payable to the United States Treasury, and sent to U.S. Department of

10   Justice, Tax Division, P.O. Box 310, Ben Franklin Station, Washington D.C. 20044) for application to

11   the unpaid federal tax liabilities of Defendant Lowell Weldon for tax years 1997-2003, in the amount of

12   $94,569.77.

13      Fourth, to the State of California Franchise Tax Board (payable to California Franchise Tax Board,

14   and sent to Jeffrey Rich, Deputy Attorney General, California Department of Justice, Office of the Attorney

15   General, P.O. Box 944255) for unpaid state tax liabilities of Lowell Weldon for tax years 2000-2006 in the

16   amount of any remaining proceeds less registry fees.

17

18      **IT IS SO ORDERED**.

19

20      Dated this _22ⁿᵈ_ day of _March_, 2011.

21

22

23      Honorable Lawrence J. O'Neill
        United States District Judge

24

25

26

27

28

- 2 -