# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 08-1643 LJO SMS |
| Plaintiff, | **ORDER TO CLOSE CASE** |
| vs. | |
| LOWELL D. WELDON, BESSIE L. WELDON, MIDLAND MORTGAGE COMPANY, STATE OF CALIFORNIA FRANCHISE TAX BOARD, COUNTY OF FRESNO, | |
| Defendants. / | |

All matters in this case have concluded with this Court's March 22, 2011 order for Disbursement of Funds. Accordingly, the clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   March 23, 2011**                   /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1