IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOWELL D. WELDON, BESSIE L. WELDON, MIDLAND MORTGAGE COMPANY aka MIDFIRST BANK, STATE OF CALIFORNIA FRANCHISE TAX BOARD, COUNTY OF FRESNO,<br><br>Defendants. | Civil No.  1:08-cv-01643-LJO-SMS<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY** |

This matter comes before the Court on the motion of the United States of America to allow for the deposit of funds totaling $4,669.45 into the civil registry of the Court.

IT IS HEREBY ORDERED THAT the United States' Motion to Deposit Funds into the Court Registry is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the United States District Court for the Eastern District of California shall accept funds in the amount of $4,669.45 in this matter and shall deposit them in the civil registry of the Court until further Order of the Court.

IT IS SO ORDERED.

**Dated:    November 30, 2012**              /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE